IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CR-159-D

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ALEXANDER TILEKE KING, | ) | |
| | ) | |
| Defendant. | ) | |

On December 5, 2024, this court denied defendant's motion to reduce his sentence [D.E. 78]. On May 27, 2025, the United States Court of Appeals for the Fourth Circuit affirmed [D.E. 89]. In light of these orders and having reviewed the record, the court DENIES defendant's latest motion to reduce his sentence [D.E. 88].

SO ORDERED. This 14 day of July, 2025.

JAMES C. DEVER III
United States District Judge